AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS ANFIN NESDAHL<br><br>*Defendant(s)* | Case No. 1:22-mj-192 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  in or about 9/1/22 to in or about 4/1/22  in the county of  Williams  in the
\_\_\_\_\_ District of  North Dakota , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC, Section 2252(a)(2) | Receipt of images depicting the sexual exploitation of minors. |
| 18 USC, Section 2252(a)(4)(B) | Possession of images depicting the sexual exploitation of minors. |

This criminal complaint is based on these facts:

See attached Affidavit of Probable Cause of Special Agent Jenna M. Harbin.

☑ Continued on the attached sheet.

*Complainant's signature*

Jenna M. Harbin, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/07/2022

*Judge's signature*

City and state: Bismarck, ND

United States Magistrates Judge Clare. R. Hochhalter
*Printed name and title*